IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REBECCA JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 13-cv-279-CJP |
| | ) |
| CAROLYN W. COLVIN, | ) |
| | ) |
| Defendant. | ) |

ORDER for ATTORNEY'S FEES

**PROUD, Magistrate Judge:**

Before the Court is the parties' Stipulation for Attorney's Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412. **(Doc. 41).**

The parties stipulate that plaintiff is entitled to an award of attorney's fees, in the amount of $3,000.00, and costs in the amount of $350.00

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B).  The Court further finds that the agreed upon amounts are reasonable and appropriate.

The parties' Stipulation **(Doc. 41)** is **GRANTED**.   The Court awards plaintiff Rebecca Jackson the sum of **$3,000.00** for attorney's fees, and costs in the amount of **$350.00**, pursuant to the Equal Access to Justice Act.   These funds shall be payable to plaintiff, per ***Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).**   However, in accordance with the parties' stipulation, any part of the award that is not subject to

set-off to pay plaintiff's pre-existing debt to the United States shall be made payable to plaintiff's attorney pursuant to the EAJA assignment previously executed by plaintiff and her attorney.

**IT IS SO ORDERED.**

**DATE:   July 1, 2014.**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**
